# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO
# DENVER DIVISION

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| KOLB, NANCY MAY | ) | Case No: 21-10601 KHT |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

---

## TRUSTEE'S MOTION TO EMPLOY LINDA LIPPINCOTT
## OF TRIPLE L COLORADO, LLC AS REALTOR

---

COMES NOW the Trustee, Kevin P. Kubie, and moves the Court to authorize the employment of a realtor for this sale and as grounds therefore, states as follows:

1) Kevin P. Kubie is the duly qualified acting Chapter 7 Trustee in this case.

2) The Debtor filed this Chapter 7 case on 02/05/2021.

3) Among the property of this bankruptcy estate are is real property located at 3130 Gladiola Drive, Colorado Springs, Colorado.

4) The Trustee proposes to employ Linda Lippincott of Triple L Colorado, LLC as realtor of these properties as he believes that the best value can be obtained for these properties through a private sale.

5) Based upon the Affidavit of Proposed Realtor of Linda Lippincott of Triple L Colorado, LLC, which is attached hereto and made a part hereof, the Trustee is informed and believes that said realtor is a disinterested person within the meaning of 11 U.S.C. §101(13), and accordingly, that it is appropriate to employ said realtor under the provision of 11 U.S.C. §327(a).

Wherefore, the Trustee respectfully requests that the Court enter an order granting this motion and authorizing the Trustee to employ Linda Lippincott of Triple L Colorado LLC as realtor

Dated:   <u>April 14, 2021</u>                              Respectfully submitted,

/s/ Kevin P. Kubie
Kevin P. Kubie
Chapter 7 Trustee
Attorney at Law, P.O. Box 8928
Pueblo, CO 81008-8928
Telephone: (719) 545-1153